UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                           )
NICOLE JOHNSON,            )
Plaintiff,                 )
                           )
            v.             )   Civil Action No.
                           )   22-10466-NMG
THELMA B. JOHNSON, et al., )
Defendants.                )
                           )
                           )
_____)
```

ORDER

GORTON, J.

By Memorandum and Order dated September 8, 2022, plaintiff was advised that this action will be dismissed unless she files an amended complaint which cures the jurisdictional deficiencies and sets forth a plausible claim upon which relief may be granted. See Docket No. 4. Plaintiff's response was due by October 6, 2022, and she has failed to file anything further in this action. See Docket.

Accordingly, this action is DISMISSED for the reasons set forth in the September 8, 2022 Memorandum and Order, and for failure to file an amended complaint.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: October 20, 2022